IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

DEREK AGUILERA,

Plaintiff,

vs.

COUNTY OF KAUAI,

Defendant.

Case No. 25-cv-00485-DKW-RT

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND JUDGMENT AND DIRECTING AMENDMENT OF SEPTEMBER 10, 2026 ORDER OF DISMISSAL AND JUDGMENT[1]**

On September 10, 2026, the Court granted Defendant County of Kauai's ("County's") Motion to Dismiss *pro se* Plaintiff Derek Aguilera's Second Amended Complaint ("SAC"), dismissing all counts with prejudice and without leave to amend. Dkt. No. 40. Aguilera moved to alter or amend the September 10, 2026 Judgment, Dkt. No. 41, under Federal Rule of Civil Procedure 59(e) ("Motion"), asking that his constitutional claims (Counts I, II, and III), which had been dismissed for lack of ripeness, be dismissed without prejudice. Dkt. No. 42. The County opposed the Motion, Dkt. No. 44, and Aguilera replied, Dkt. No. 45. Having reviewed the parties' briefs, and the relevant authority, and for good cause appearing, the Court agrees with Aguilera that the unripe claims should be dismissed

[1]Pursuant to Local Rule 7.1(c), the Court finds these matters suitable for disposition without a hearing.

without prejudice. *See Ass'n of Am. Med. Colleges v. United States*, 217 F.3d 770, 785 (9th Cir. 2000) (holding that a claim dismissed for lack of ripeness should be dismissed without prejudice); *Karim-Panahi v. Los Angeles Police Dep't*, 839 F.2d 621, 625 (9th Cir. 1988) (same).

For these reasons, Aguilera's Motion, Dkt. No. 42, is GRANTED, and Counts I, II, and III of the SAC are DISMISSED WITHOUT PREJUDICE. The Court's September 10, 2026 Order of Dismissal and Judgment, Dkt. Nos. 40–41, are amended accordingly.

IT IS SO ORDERED.

DATED: November 3, 2026 at Honolulu, Hawai'i.

Derrick K. Watson
Chief United States District Judge